**HONORABLE BRIAN A. TSUCHIDA**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al. WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST, NORTHWEST LABORERS-EMPLOYERS TRAINING TRUST, WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS and its Affiliated Union Locals<br><br>Plaintiffs<br><br>v.<br><br>SUN RIVER CONSTRUCTION, LLC, and SHAWNA BARTLETT and "JOHN DOE" BARTLETT, a marital community doing business as SUN RIVER CONSTRUCTION, LLC,<br><br>Defendant | NO. CV10-1613 BAT<br><br>**ORDER OF SUMMARY JUDGMENT**<br><br>**Clerk's Action Required** |

Plaintiffs Northwest Laborers-Employers Health & Security Trust, Western Washington Laborers-Employers Pension Trust, Northwest Laborers-Employers Training Trust, and Washington and Northern Idaho District Council of Laborers and its Affiliated Union Locals have moved the Court for Summary Judgment against Defendant Sun River Construction, LLC, and Shawna Bartlett et ux., dba Sun River Construction, LLC, as follows:

    1. Judgment Creditors:                                  Northwest Laborers-Employers Trusts

ORDER OF SUMMARY JUDGMENT—1
Case No. CV10-1613 BAT

**Law Offices of**
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 815
Seattle, WA 98121-2573
Telephone 206-623-2855
Fax 206-667-9805

| | | |
|---|---|---|
| 2. | Judgment Debtor: | Sun River Construction, LLC and Shawna Bartlett, et ux. dba Sun River Construction, LLC |
| 3. | Contributions and Wage Deductions: | $39,778.08 |
| 4. | Liquidated Damages: | $4,602.16 |
| 5. | Interest: | $7,476.63 |
| 6. | Auditor Fees | $4,437.50 |
| 7. | Costs: | $665.67 |
| 8. | Attorney Fees: | $7,361.43 |
| 9. | Post Judgment Interest: | Fifteen percent (15%) per annum |
| 10. | Attorney for Judgment Creditors: | Mary L. Stoll |

The Court having considered the pleadings, documents, declarations, and affidavits on file and being fully advised in the premises; Defendant having received notice of Motion for Summary Judgment; it appearing that there is no genuine issue of material fact; there being no response filed in response to Motion for Summary Judgment, and that Plaintiffs are entitled to Summary Judgment as a matter of law against Defendant Sun River Construction, LLC, and Shawna Bartlett et ux., dba Sun River Construction, LLC, the Plaintiffs' Motion for Summary Judgment is hereby granted, and the Clerk is hereby directed to enter Summary Judgment as follows:

**IT IS ORDERED** that Plaintiffs Northwest Laborers-Employers Health & Security Trust, Western Washington Laborers-Employers Pension Trust, Northwest Laborers-Employers Training Trust, and Washington and Northern Idaho District Council of Laborers are granted Summary Judgment against Defendant Sun River Construction, LLC, and Shawna Bartlett et ux., dba Sun River Construction, LLC, representing employee benefit contributions and wage deductions of $39,778.08, liquidated damages of $4,602.16, interest of $7,476.63, auditor fees of $4,437.50, costs of $665.67, and attorney fees of $7,361.43, for a total judgment amount of $64,321.47.

ORDER OF SUMMARY JUDGMENT—2
Case No. CV10-1613 BAT

**Law Offices of**
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 815
Seattle, WA 98121-2573
Telephone 206-623-2855
Fax 206-667-9805

1     **IT IS FURTHER ORDERED** that this Judgment shall bear interest from the date of

2   entrance herein at the rate of fifteen percent (15%) per annum.

3     DATED this 10th day of June, 2011

                                                 BRIAN A. TSUCHIDA
                                                 United States Magistrate Judge

Presented by:

s/ Mary L. Stoll
Mary L. Stoll, WSBA No. 16446
Law Offices of Mary L. Stoll, PLLC
2033 Sixth Avenue — Suite 815
Seattle WA  98121-2573
Telephone 206-623-2855
Fax 206-667-9805
Email marys@mlstoll-law.com

ORDER OF SUMMARY JUDGMENT—3
Case No. CV10-1613 BAT

**Law Offices of**
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 815
Seattle, WA  98121-2573
Telephone 206-623-2855
Fax 206-667-9805